IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS K. BRASHEAR, | No. 2:14-cv-2136-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| FOULK, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.  Pending before the court is petitioner's motion for an extension of time (Doc. 8) to file a response to the court's November 19, 2014, order to show cause.  Good cause appearing therefor, the request is granted.  Petitioner shall file his response within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: February 5, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1