1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DEMETRIUS K. BRASHEAR,                    No. 2:14-cv-2136-CMK-P

12              Petitioner,

13        vs.                                 <u>ORDER</u>

14  FOULK, et al.,

15              Respondents.

16  _____/

17              Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ

18  of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has consented to Magistrate Judge

19  jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the

20  action.

21              On November 19, 2014, the court issued petitioner an order to show cause why

22  his petition for a writ of habeas corpus should not be summarily dismissed.  Petitioner requested

23  and was granted additional time to respond to the order to show cause.  Instead of responding to

24  the court's order, petitioner has filed motions to conduct discovery and to submit evidence.  He

25  has not, however, provided the court with any additional information which could be used to find

26  his pre-conviction habeas petition meets the special circumstances exception warranting federal

1    intervention before his trial is held and any appeal is completed.  See Carden v. Montana, 626

2    F.2d 82, 83-84 (9th Cir.1980).   Petitioner has thus failed to show cause why his petition should

3    not be dismissed.

4                        Accordingly, IT IS HEREBY ORDERED that:

5                        1.  Petitioner's pre-conviction petition for a writ of habeas corpus is summarily

6    dismissed, without prejudice;

7                        2.  All other pending motions are denied as moot; and

8                        3.  The Clerk of the Court is directed to close this case.

9

10   DATED:  September 23, 2015

11                                                      _____
                                                         **CRAIG M. KELLISON**
12                                                        UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26